Garrity *v.* United Mine Workers of America
Welfare and Retirement Fund of 1950,
Appellant.

Submitted March 15, 1961. Before JONES, C. J.,
BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Alexander Unkovic, Edward P. Good,* and *Kountz, Fry & Meyer,* appearing specially and de bene esse, for appellants.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 17, 1961:
The orders of the courts below are affirmed. See *Myhalyk v. Lewis,* 398 Pa. 395, 158 A. 2d 305, cert. denied 362 U.S. 989 (1960).